AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**Eduardo OLMEDO-MARTINEZ**

DOB: March 29, 1981
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 22, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __Mark C. Leeper, Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Mark C. Leeper, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, G. Michael Harvey   (202) 305-2195
Sworn to before me and subscribed in my presence,

_____
Date

at   __Washington, D.C.__
      City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer