**AFFIDAVIT IN SUPPORT OF COMPLAINT**

**Eduardo OLMEDO-MARTINEZ, DOB: 3/29/1981**

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as an Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records,

1

documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Eduardo OLMEDO-MARTINEZ, with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

6. OLMEDO-MARTINEZ is a native and citizen of Mexico.

7. On April 15, 2002, OLMEDO-MARTINEZ was arrested by the INS at 760 Campbell Street in Detroit, MI, during the execution of a federal search warrant at the same location. OLMEDO-MARTINEZ was charged in violation of Title 18 USC 1028 Possession of Document Making Implements and Title 18 USC 922 Illegal Alien in Possession of a Firearm.

8. On December 12, 2002, in the United States District Court for the Eastern District of Michigan, OLMEDO-MARTINEZ was sentenced to thirty-seven months confinement for violations of Title 18 USC 1028 and Title 18 USC 922.

9. On December 1, 2004, an Immigration Judge in El Paso, Texas, ordered OLMEDO-MARTINEZ removed from the United States. On December 21, 2004, OLMEDO-MARTINEZ was deported from the United States to Mexico at El Paso, Texas.

11. On or about January 22, 2006, during the course of an investigation into the fraudulent identity document trade occurring in the 1600 to 1800 blocks of Columbia Road NW, OLMEDO-MARTINEZ was encountered by law enforcement at 1707 North Capital Street, N.W., Apartment #2, in Washington, D.C.  It was determined the OLMEDO-MARTINEZ is an illegal alien from Mexico, and he was taken into custody by the U.S. Immigration and customs Enforcement (ICE).

12. I have reviewed the documents contained in OLMEDO-MARTINEZ' file maintained by ICE and there is no documentation to suggest that he ever applied for permission to reenter the country following his removal in 2004.  I know from my experience with ICE that if such an application had been made it would be reflected in the ICE file I reviewed.

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that, Eduardo OLMEDO-MARTINEZ, is an alien in the United States who has previously been deported or

removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

                                        _____
                                        Mark Leeper
                                        Senior Special Agent, ICE

Subscribed and sworn to before me this _____ day of March, 2006

_____
United States Magistrate Judge

4