AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**EDUARDO OLMEDO-MARTINEZ**

## WARRANT FOR ARREST

CASE NUMBER: 06-90-M-01

FILED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Eduardo Olmedo-Martinez___
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title _18_ United States Code, Section(s) _§ 1326(a)_

Name of Issuing Officer: JOHN M. FACCIOLA
Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer: [signature]

Date and Location: MAR 0 6 2006   District of Columbia

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-6-06 | SEAN McLEOD SDUSM | [signature] |
| DATE OF ARREST |   |   |
| 3-16-06 |   |   |