AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Edvardo Olmedo-Martinez_

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _1:06-MJ-90_

I, _Edvardo Olmedo-Martinez_, charged in a (complaint) (petition) pending in this District with _8 USC 1326(a) - Re-entry of Removed Alien_ in violation of Title _8_, U.S.C., _1326(a)_, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Edvardo Olmedo M jr._
Defendant

_April 10, 2006_
Date

_[signature]_
Counsel for Defendant